# EXHIBIT A

## ROBERT TETREAULT

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Slippin' | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | Quincy Jones | Just Once | The Dude | 25-221 |
| UMG Recordings, Inc. | Sheryl Crow | My Favorite Mistake | The Globe Sessions | 279-383 |
| UMG Recordings, Inc. | Sheryl Crow | All I Wanna Do | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Sting | Shape Of My Heart | Ten Summoner's Tales | 174-453 |
| BMG Music | Luther Vandross | Take You Out | Luther Vandross | 298-047 |
| UMG Recordings, Inc. | Ja Rule | 6 Feet Underground | Rule 3:36 | 270-080 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |