Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Alternative Rock.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | Electronica.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | Folk.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | Funk.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | Hip-Hop.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | Jazz.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | Pop Rock.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | RB.kpl | Unknown | 1KB | |
| Tetreault@KaZaA | Reggae.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | World Beat.kpl | Unknown | 0KB | |
| Tetreault@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software |
| Tetreault@KaZaA | epcot - Universe of Energy.mp3 | Epcot | 2,006KB | Audio |
| Tetreault@KaZaA | 03 - artist - Track 03 - title.mp3 | Bill Harley | 2,628KB | Audio |
| Tetreault@KaZaA | JaRule - Jarule-6 Feet UnderGround (1).mp3 | Ja Rule | 3,573KB | Audio |
| Tetreault@KaZaA | Pele-Black_Socks.mp3 | Pele | 3,664KB | Audio |
| Tetreault@KaZaA | Luther Vandross - Power of Love.mp3 | Luther Vandros | 3,988KB | Audio |
| Tetreault@KaZaA | r_kelly_feat_cassidy-hotel.mp3 | R Kelly feat. Cassidy | 6,735KB | Audio |
| Tetreault@KaZaA | Bobby McFerrin - Dont Worry Be Happy.mp3 | Bobby McFerrin | 5,209KB | Audio |
| Tetreault@KaZaA | linkin park meteora-faint.mp3 | linkin park | 7,735KB | Audio |
| Tetreault@KaZaA | staind-14 shades of grey-so far away.mp3 | staind | 2,527KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | staind-14 shades of grey-so far away.mp3 | staind | 2,527KB | Audio |
| Tetreault@KaZaA | 02-50_cent-what_up_gangsta-rns (1).mp3 | 50 cent | 2,815KB | Audio |
| Tetreault@KaZaA | hot in here - Nellyville.mp3 | Nelly | 3,254KB | Audio |
| Tetreault@KaZaA | jack.kpl | Unknown | 1KB | |
| Tetreault@KaZaA | 01-on and on-times like these-on and on.mp3 | jack johnson | 3,584KB | Audio |
| Tetreault@KaZaA | FFtltacoustic.mp3 | Foo Fighters | 5,572KB | Audio |
| Tetreault@KaZaA | STP - Time to Take Her Home.mp3 | Stone Temple Pilots | 3,452KB | Audio |
| Tetreault@KaZaA | mayer, john - why georgia (acoustic) (1).wma | h | 3,207KB | Audio |
| Tetreault@KaZaA | hawksley workman-addicted-lover fighter.mp3 | hawksley workman | 7,487KB | Audio |
| Tetreault@KaZaA | Burn.kpl | 50 Cent | 4KB | |
| Tetreault@KaZaA | CHA CHA SLIDE - Cha Cha Juke Slide.mp3 | DJ Chip | 2,386KB | Audio |
| Tetreault@KaZaA | Korn - Freak on a Leash (NIN Acoustic Remix).mp3 | Korn | 4,444KB | Audio |
| Tetreault@KaZaA | Gangsta.kpl | Unknown | 3KB | |
| Tetreault@KaZaA | Eminem _Busta Rhymes - Fuckin' Crazy.mp3 | Eminem Featuring Busta ... | 2,014KB | Audio |
| Tetreault@KaZaA | Carly Simon- All I want is you.mp3 | Carly Simon | 3,756KB | Audio |
| Tetreault@KaZaA | baby's lullabies - mountain lullabies.mp3 | LULLABYS Disney | 3,062KB | Audio |
| Tetreault@KaZaA | Bobby Bare - True Story.mp3 | Bobby Bare | 1,396KB | Audio |
| Tetreault@KaZaA | 10 - Bobby Bare - Lullabys, Legends And Lies - 11 - Bottom... | Bobby Bare | 7,087KB | Audio |
| Tetreault@KaZaA | Lullabys - Disney Babies Lullaby - Nighty Night (1).mp3 | Disney | 2,396KB | Audio |
| Tetreault@KaZaA | lullabys - george winston - rainsong.mp3 | George Winston | 4,430KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | lullabys - george winston - rainsong.mp3 | George Winston | 4,430KB | Audio |
| Tetreault@KaZaA | CHICAGO - THE MUSICAL - CELL BLOCK TANGO.MP3 | A+ | 5,839KB | Audio |
| Tetreault@KaZaA | Rent - Will I loose my dignity.mp3 | A+ | 2,430KB | Audio |
| Tetreault@KaZaA | Rent - One Thousand Kisses.mp3 | A+ | 2,033KB | Audio |
| Tetreault@KaZaA | We're Not Gonna Take it- Bif Naked.mp3 | A+ | 3,285KB | Audio |
| Tetreault@KaZaA | Disney movies - Junglebook groove.mp3 | Disney movies | 4,179KB | Audio |
| Tetreault@KaZaA | Lullabys - Disney - Fast Asleep.mp3 | Disney | 1,931KB | Audio |
| Tetreault@KaZaA | Mayumana - Mayumana.mp3 | Mayumana | 3,222KB | Audio |
| Tetreault@KaZaA | Megaman X4 - Mega Man X.mp3 | A | 2,306KB | Audio |
| Tetreault@KaZaA | Pat Donohue - Downtown Stomp.mp3 | Pat Donohue | 1,660KB | Audio |
| Tetreault@KaZaA | dutch swing college band - Steamboat Stomp.mp3 | Dutch Swing College Band | 3,102KB | Audio |
| Tetreault@KaZaA | luther vandros - Any One Who Had A heart.mp3 | Luther Vandross | 4,050KB | Audio |
| Tetreault@KaZaA | Artie Shaw - Sugar Foot Stomp (1).mp3 | Artie Shaw | 2,372KB | Audio |
| Tetreault@KaZaA | Eric Clapton , Cream - House Of The Rising Sun.mp3 | Cream | 4,249KB | Audio |
| Tetreault@KaZaA | Louis Armstrong _Ella Fitzgerald - Summertime.mp3 | Ella Fitzgerald _Louis Ar... | 4,713KB | Audio |
| Tetreault@KaZaA | Van Morrison With Pink Floyd (LIVE) - Comfortably Numb.... | Pink Floyd | 7,531KB | Audio |
| Tetreault@KaZaA | Ella Fitzgerald _Louis Armstrong - Cheek To Cheek.mp3 | Ella Fitzgerald | 5,544KB | Audio |
| Tetreault@KaZaA | van morrison - bridget jones diary soundtrack.mp3 | Van Morrison | 3,883KB | Audio |
| Tetreault@KaZaA | 17-Brown Eyed Girl.mp3 | Van Morrison | 4,374KB | Audio |
| Tetreault@KaZaA | Counting Crows - Time And Time Again.mp3 | Counting Crows | 4,914KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Counting Crows - Time And Time Again.mp3 | Counting Crows | 4,914KB | Audio |
| Tetreault@KaZaA | Quincy Jones_James Ingram - 100 Ways.mp3 | James Ingram | 4,008KB | Audio |
| Tetreault@KaZaA | louis armstrong - as time goes by.mp3 | Louis Armstrong | 2,312KB | Audio |
| Tetreault@KaZaA | Seether - Tied My Hands (Acoustic).mp3 | Seether | 4,505KB | Audio |
| Tetreault@KaZaA | GOOGOO~3.MP3 | Goo Goo Dolls | 4,160KB | Audio |
| Tetreault@KaZaA | 09 - Field Of Diamonds - (featuring Sheryl Crow) (1).mp3 | Johnny Cash | 3,843KB | Audio |
| Tetreault@KaZaA | wheatus - Teenage Dirtbag (Acoustic MTV Unplugged).mp3 | wheatus | 5,433KB | Audio |
| Tetreault@KaZaA | 311-LoveSong.mp3 | 311 | 4,896KB | Audio |
| Tetreault@KaZaA | 04 - hey mamma.mp3 | Black Eyed Peas | 3,360KB | Audio |
| Tetreault@KaZaA | usher-burn.mp3 | Usher | 2,216KB | Audio |
| Tetreault@KaZaA | Illya Kuryaki A mover el culo.mp3 | Illya Kuryaki | 3,863KB | Audio |
| Tetreault@KaZaA | I Don't Wanna Know.wma | P. Diddy/Mario Winans | 2,813KB | Audio |
| Tetreault@KaZaA | 93.3 Beth.kpl | Dave Mathews Band | 7KB | |
| Tetreault@KaZaA | Disney - Epcot Laser Show-disney theme parks medley.mp3 | Disney | 11,374KB | Audio |
| Tetreault@KaZaA | Counting Crows - Big Yellow Taxi (1).mp3 | Counting Crows | 4,592KB | Audio |
| Tetreault@KaZaA | Attack on America - WTC-Pentagon Tribute - Disney Parks -.. | Epcot | 3,968KB | Audio |
| 2 Users | 05 - Track 5.mp3 | Twista | 3,203KB | Audio |
| Tetreault@KaZaA | nelly - 07 - Air Force Ones.mp3 | nelly | 2,970KB | Audio |
| Tetreault@KaZaA | 04 All Falls Down.wma | Kayne West | 3,534KB | Audio |
| Tetreault@KaZaA | G-Unit-I Wanna Get to Know You.wma | G-Unit | 4,204KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | G-Unit-I Wanna Get to Know You.wma | G-Unit | 4,204KB | Audio |
| Tetreault@KaZaA | Nelly_-_Nellyville_-_Hot In Herre.mp3 | Nelly | 3,669KB | Audio |
| Tetreault@KaZaA | 29 -MR VEGAS 29.mp3 | Mr. Vegas | 3,787KB | Audio |
| Tetreault@KaZaA | 02 - Until The Day I Die.mp3 | Story Of The Year | 2,770KB | Audio |
| Tetreault@KaZaA | (04) Daniel Beddingfield - Right Girl (1).wma | David Gray | 2,319KB | Audio |
| Tetreault@KaZaA | Anthem of Our Dying Day (1).wma | STORY OF THE YEAR | 5,114KB | Audio |
| Tetreault@KaZaA | dont tell me (4).mp3 | Avril Lavigne | 2,156KB | Audio |
| Tetreault@KaZaA | nelly - hot in here (4).mp3 | Nelly | 5,361KB | Audio |
| Tetreault@KaZaA | dont tell me.mpga | Avril Lavigne | 1,176KB | Audio |
| Tetreault@KaZaA | 05 Splash Waterfalls.wma | Ludacris | 2,297KB | Audio |
| Tetreault@KaZaA | nelly - nellyville - 03 - hot in herre(1).mp3 | Nelly | 8,996KB | Audio |
| Tetreault@KaZaA | nelly - Hot In Here.mp3 | Nelly | 5,361KB | Audio |
| Tetreault@KaZaA | 05 don't take your love away (0) (8).wma | Avant | 2,209KB | Audio |
| Tetreault@KaZaA | 100 years (1).mp3 | Five For Fighting | 5,626KB | Audio |
| Tetreault@KaZaA | 12 One Dozen Roses.wma | The A | 1,651KB | Audio |
| Tetreault@KaZaA | Five For Fighting - 100 Years (3).mp3 | Five For Fighting | 1,851KB | Audio |
| Tetreault@KaZaA | Blink 182-I Miss You.wma | Blink 182 | 1,358KB | Audio |
| Tetreault@KaZaA | Jessica Simpson - With You.wma | Jessica Simpson | 1,901KB | Audio |
| Tetreault@KaZaA | Last Train Home.wma | Lost Prophets | 4,403KB | Audio |
| Tetreault@KaZaA | lil flip- game over .wma | Lil' Flip | 3,697KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | lil flip- game over.wma | Lil' Flip | 3,697KB | Audio |
| Tetreault@KaZaA | Ty.kpl | Black Eyed Peas | 1KB | |
| Tetreault@KaZaA | Staind - So far away.WMA | Staind | 3,874KB | Audio |
| 2 Users | Copy of 01 Ever So Sweet.mp3 | Early November | 1,749KB | Audio |
| Tetreault@KaZaA | Copy of 02 Naughty Girl.wma | beyonce | 3,283KB | Audio |
| 2 Users | Copy of 06 - Track 6.mp3 | G-unit | 2,079KB | Audio |
| Tetreault@KaZaA | Copy of Blind Melon - It's Not Sane.mp3 | KaZaA | 5,339KB | Audio |
| 2 Users | Copy of Freek A Leek.mp3 | Pety Pablo | 3,839KB | Audio |
| 2 Users | Copy of Jack Johnson - Taylor (1).mp3 | Jack Johnson | 2,792KB | Audio |
| 2 Users | Copy of usher - burn (1) (8).mp3 | usher | 5,046KB | Audio |
| Tetreault@KaZaA | Stevie.kpl | Jarule ft. ashanti | 1KB | |
| 2 Users | H08 - Reason.mp3 | Hoobastank | 5,457KB | Audio |
| Tetreault@KaZaA | 311-LoveSong (1).mp3 | 311 | 4,896KB | Audio |
| Tetreault@KaZaA | Blind Melon - It's Not Sane.mp3 | KaZaA | 5,339KB | Audio |
| Tetreault@KaZaA | Outkast - The Way You Move.wma | Outkast | 2,328KB | Audio |
| Tetreault@KaZaA | Nick Cannon feat.mp3 | Nick Cannon F/ R Kelly | 5,425KB | Audio |
| Tetreault@KaZaA | Linking Park - End.mp3 | linkin park | 2,536KB | Audio |
| Tetreault@KaZaA | Outcast- The Way you Move.wma | Outkast | 1,869KB | Audio |
| Tetreault@KaZaA | the way you move.mp3 | Outkast | 3,712KB | Audio |
| Tetreault@KaZaA | 50 cent 21 questions.mp3 | 50 Cent | 2,664KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | 50 cent 21 questions.mp3 | 50 Cent | 2,664KB | Audio |
| Tetreault@KaZaA | this love.2.mp3 | Maroon 5 Featuring John... | 5,100KB | Audio |
| Tetreault@KaZaA | Outkast - The Way You Move.mp3 | Outkast | 5,518KB | Audio |
| Tetreault@KaZaA | -RnB- Outkast - Hey Ya.wma | RnB | 2,944KB | Audio |
| Tetreault@KaZaA | outcast - hey yah.mp3 | Outkast | 5,866KB | Audio |
| Tetreault@KaZaA | Chingy - Holiday Inn (clean).mp3 | Chingy | 7,110KB | Audio |
| Tetreault@KaZaA | 21_twista_ignition_rmx_darc.mp3 | R.Kelly ft. Twista | 7,451KB | Audio |
| Tetreault@KaZaA | AIR FORCE ONES_NELLY-wcr.mp3 | Nelly | 3,516KB | Audio |
| Tetreault@KaZaA | 50 Cent - Wangsta.mp3 | 50 Cent | 3,179KB | Audio |
| Tetreault@KaZaA | 50 Cent-GET RICH OR DIE TRYIN-P.I.M.P..mp3 | 50 Cent | 2,827KB | Audio |
| Tetreault@KaZaA | counting crows - big yellow taxi.mp3 | Counting Crows | 3,696KB | Audio |
| Tetreault@KaZaA | Little Kim f. Missy Elliot, Left Eye - Ladies Night.mp3 | Little Kim f. Missy Elliot, Le.. | 1,213KB | Audio |
| Tetreault@KaZaA | Rap - hey 10 - 50 cents - nature.mp3 | 50 Cent Nas Nature | 3,696KB | Audio |
| Tetreault@KaZaA | 245_Lil Bow Wow - Basketball (2).mp3 | Lil Bow Wow | 2,973KB | Audio |
| Tetreault@KaZaA | Allyah_DMX - come back in one piece.mp3 | Allyah_DMX | 4,042KB | Audio |
| Tetreault@KaZaA | Fabolous - Keeping it Gangsta (Remix).MP3 | Fabolous ft. Jadakiss, Sty.. | 2,208KB | Audio |
| Tetreault@KaZaA | 01-lil_mo_feat_fabolous-forever-Omni.mp3 | Lil Mo Feat. Fabolous | 6,482KB | Audio |
| Tetreault@KaZaA | Timbaland Remix - Aliyah- Dirty South.mp3 | Timberland and Magoo | 2,436KB | Audio |
| Tetreault@KaZaA | ja rule ft ashanti- mezmorize.mp3 | Jarule ft. ashanti | 4,356KB | Audio |
| Tetreault@KaZaA | Mya and Jay Z- put it on me.mp3 | Ja Rule ft. Lil' Mo_Vita | 3,352KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Mya and Jay Z- put it on me.mp3 | Ja Rule ft. Lil' Mo _Vita | 3,352KB | Audio |
| Tetreault@KaZaA | Lil Kim - The Jump Off.ft.mr cheeks and timbaland.mp3 | Lil Kim | 3,719KB | Audio |
| Tetreault@KaZaA | 06-busta_rhymes_ft_spliff_starr-make_it_clap-gsm.mp3 | Busta Rhymes Ft Spliff St... | 5,165KB | Audio |
| Tetreault@KaZaA | Aaliyah feat. Jay-Z - Try Again (Hitmen Remix).mp3 | Alliyah feat. Jay | 3,242KB | Audio |
| Tetreault@KaZaA | lil_mo-21_answers.mp3 | Lil Mo | 3,268KB | Audio |
| Tetreault@KaZaA | lil' kim - how many licks remix.mp3 | DJ Clue | 3,596KB | Audio |
| Tetreault@KaZaA | DMX - Gonna Give It {Dirty}.mp3 | DMX | 5,242KB | Audio |
| Tetreault@KaZaA | Fabolous - Its My Party.mp3 | Fabulous | 5,755KB | Audio |
| Tetreault@KaZaA | 50 Cent - In Da Club.mp3 | 50 Cent | 4,571KB | Audio |
| Tetreault@KaZaA | 05-excuss me miss.mp3 | Jay-Z f. Pharell Williams | 2,203KB | Audio |
| Tetreault@KaZaA | 02-missy_elliott-gossip_folks_ft_ludacris-( www.Mp3s.4-all... | - ( www.Mp3s.4-all.org ) - | 3,696KB | Audio |
| Tetreault@KaZaA | NELLY - DILEMA.mp3 | Nelly | 5,649KB | Audio |
| Tetreault@KaZaA | Missy Elliott - Work It (Dirty).mp3 | missy elliot | 4,117KB | Audio |
| Tetreault@KaZaA | 50 Cent _G Unit - 50 Cent Is The Future - 02 - Bump Dat.... | Fifty-Cent | 2,937KB | Audio |
| Tetreault@KaZaA | West side Connection - Do You Like Criminals.mp3 | Westside Connection | 3,524KB | Audio |
| Tetreault@KaZaA | WEST SIDE CONNECTION- Gansta's Make the World Go Ro... | Westside Connection | 4,253KB | Audio |
| Tetreault@KaZaA | Camp Kill Yourself - CKY2K - Sinking Fast.mp3 | CKY | 1,913KB | Audio |
| Tetreault@KaZaA | DMX - Slippin' (1).mp3 | DMX | 5,668KB | Audio |
| Tetreault@KaZaA | dmx - slippin'.mp3 | DMX | 2,375KB | Audio |
| Tetreault@KaZaA | deep bass song.mp3 | Bass Songs | 2,582KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | deep bass song.mp3 | Bass Songs | 2,582KB | Audio |
| Tetreault@KaZaA | DJ Burnz - I Feel Your Heartbeat.mp3 | DJ kurvy | 3,058KB | Audio |
| Tetreault@KaZaA | Lil Kim - Magic Stick (feat. 50 Cent).MP3 | Lil Kim | 5,626KB | Audio |
| Tetreault@KaZaA | dj micro - mega base mix.mp3 | Paul Van Dyke | 3,966KB | Audio |
| Tetreault@KaZaA | Busta Rymes feat. P. Diddy- Pass the Courvoisier .mp3 | Busta Rhymes feat. P. Di... | 4,315KB | Audio |
| Tetreault@KaZaA | U2, Bob Marley and Bob Dylan - Knocking on Heaven's Door.. | U2 _Dylan | 4,004KB | Audio |
| Tetreault@KaZaA | West Side Connection - Only In California.mp3 | Ice Cube, Snoop Dogg _... | 4,388KB | Audio |
| Tetreault@KaZaA | Busta Rymes _Mystical - Gettin Rowdy Wit Us.mp3 | Busta Rhymes and Mystic... | 3,440KB | Audio |
| Tetreault@KaZaA | Busta Rymes feat. Janet Jackson - Gonna Make Your Body... | Busta Rhymes | 5,056KB | Audio |
| Tetreault@KaZaA | Busta Rhymes feat. P. Diddy _The Neptunes - Pass The C... | Busta Rymes(f/PDiddy,N... | 4,153KB | Audio |
| Tetreault@KaZaA | DMX - Slippin' (2).mp3 | DMX | 4,766KB | Audio |
| Tetreault@KaZaA | Ini Kamoze - Here Comes the Hot Stepper.mp3 | Ini Kamoze | 3,965KB | Audio |
| Tetreault@KaZaA | 17-lil_kim_ft._50_cent-magic_stick(gl_remix)-0mni.mp3 | Lil Kim Ft. 50 Cent | 3,313KB | Audio |
| Tetreault@KaZaA | Ludacris - Roll Out ( Dirty ).mp3 | Ludacris | 4,294KB | Audio |
| Tetreault@KaZaA | Busta Rymes - Dangerous .mp3 | Busta Rhymes | 5,598KB | Audio |
| Tetreault@KaZaA | clipse - Grindin'.mp3 | Clipse f/Pharrell Williams | 6,241KB | Audio |
| Tetreault@KaZaA | DMX - Rough Riders Anthem.mp3 | DMX | 3,342KB | Audio |
| Tetreault@KaZaA | Ludicris - Southern Hospitality.mp3 | Ludacris | 3,546KB | Audio |
| Tetreault@KaZaA | DieselBoy - Drum _Bass Selection USA - Shy FX-Funkinde... | DJ Diesel Boy | 3,504KB | Audio |
| Tetreault@KaZaA | 50 Cents Ft G-Unit - Grindin Freestyle.mp3 | 50 Cent feat. G-Unit | 2,844KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | 50 Cents Ft G-Unit - Grindin Freestyle.mp3 | 50 Cent feat. G-Unit | 2,844KB | Audio |
| Tetreault@KaZaA | Shaggy - It Wasn't Me.mp3 | Shaggy | 3,557KB | Audio |
| Tetreault@KaZaA | Jay-Z _Lil' Kim --- Peaches and Cream (Remix) (1).mp3 | Lil' Kim TLC _Missy Eliot | 3,632KB | Audio |
| Tetreault@KaZaA | Tony Touch- 12 The Tunnel - Funkmaster Flex, Big Kap _J... | Jay Z | 4,237KB | Audio |
| Tetreault@KaZaA | Missy Eliot-Get Your Freak On-(dirty).mp3 | Missy Elliot | 3,753KB | Audio |
| Tetreault@KaZaA | Zhane, Busta Rymes - It's A Party.mp3 | Busta Rhymes and Zhane | 4,342KB | Audio |
| Tetreault@KaZaA | Children Sing Along - Turkey In The Straw.mp3 | 100 Songs For Kids | 1,434KB | Audio |
| Tetreault@KaZaA | 100 songs - Disney - Peter Pan - Yo Ho, A Pirates Life For ... | Disney | 994KB | Audio |
| Tetreault@KaZaA | I dont want you back -eamon.mp3 | Eamon | 1,725KB | Audio |
| Tetreault@KaZaA | Techno Disney - Little Mermaid - Kiss The Girl (Dance Remix... | A+ | 2,710KB | Audio |
| Tetreault@KaZaA | tv theme songs - The Oompa Loompa Song.mp3 | Disney | 918KB | Audio |
| Tetreault@KaZaA | Movies Disney - Cinderelly, Cinderelly.mp3 | Disney | 1,954KB | Audio |
| Tetreault@KaZaA | Childrens 100 Songs for Kids - You Are My Sunshine.mp3 | Children Songs | 1,746KB | Audio |
| Tetreault@KaZaA | [Soundtracks] Willy Wonka - Oompa Loompa Song.mp3 | Disney Songs | 918KB | Audio |
| Tetreault@KaZaA | Children Songs - Vanessa Williams-- Pocahontas - Colors Of.. | Disney - Pocahontas | 3,810KB | Audio |
| Tetreault@KaZaA | Childrens' Songs - Hush, Little Baby.mp3 | Disney | 1,588KB | Audio |
| Tetreault@KaZaA | Disney Movies- Mary Poppins - Chim Chim Cher-ee (Julie A... | Julie Andrews | 2,612KB | Audio |
| Tetreault@KaZaA | NSync - When You Wish Upon A Star.mp3 | NSync | 3,330KB | Audio |
| Tetreault@KaZaA | Lullabys_Childrens - Disney - Winnie the Pooh - Eeyore's Lul.. | Disney | 1,315KB | Audio |
| Tetreault@KaZaA | 06 - With a Few Good Friends - Carly Simon.mp3 | Ben Taylor/Carly Simon/Sa.. | 3,709KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
| --- | --- | --- | --- | --- |
| Tetreault@KaZaA | 06 - With a Few Good Friends - Carly Simon.mp3 | Ben Taylor/Carly Simon/Sa.. | 3,709KB | Audio |
| Tetreault@KaZaA | Childrens - 100 kids songs - Lullaby And Goodnight.mp3 | 100 Songs for Kids | 1,444KB | Audio |
| Tetreault@KaZaA | Carly Simon - Anticipatioppn.mp3 | Carly Simon | 3,152KB | Audio |
| Tetreault@KaZaA | Carly Simon - Clouds in My Coffee (1).mp3 | Carly Simon | 3,576KB | Audio |
| Tetreault@KaZaA | Disney - Gummi Bears Theme.mp3 | The Brown Derbies | 1,079KB | Audio |
| Tetreault@KaZaA | Disney Parks - Epcot Center- Spaceship Earth Space2.mp3 | Disney | 1,286KB | Audio |
| Tetreault@KaZaA | Kenny Logins - Playing With The Boys.mp3 | Kenny Loggins | 3,698KB | Audio |
| Tetreault@KaZaA | Disney - Tigger Movie - Tigger Song.mp3 | Disney Tunes | 852KB | Audio |
| Tetreault@KaZaA | Logins and Messina - Christopher Robbins.mp3 | Kenny Loggins | 3,506KB | Audio |
| Tetreault@KaZaA | bobby bare - daddy what if.mp3 | Bobby Bare _Bobby Bare... | 2,983KB | Audio |
| Tetreault@KaZaA | Bobby Bare - Rosalee's Good Eats Cafe.mp3 | Bobby Bare | 7,726KB | Audio |
| Tetreault@KaZaA | Walt Disney World's Epcot Imagination Ride Theme.mp3 | Disney Epcot Center | 15,418KB | Audio |
| Tetreault@KaZaA | Disney - Winnie the Pooh - The Tigger Movie.mp3 | 100 Songs For Kids | 1,096KB | Audio |
| Tetreault@KaZaA | Lullabys_Disney Babies Lullabies - La La Lu.mp3 | Lullabies | 2,543KB | Audio |
| Tetreault@KaZaA | Lullabys_16 - Disney Babies Lullaby - Sleepytime Skies.mp3 | Disney | 3,452KB | Audio |
| Tetreault@KaZaA | Disney - Winnie The Pooh _Piglet - It's Tough Being Small... | Walt Disney | 2,340KB | Audio |
| Tetreault@KaZaA | Disney - Mary Poppins - Supercalifragilisticexpialidocious.m... | Disney | 1,886KB | Audio |
| Tetreault@KaZaA | Disney - Lady and the Tramp - We Are Siamese If You Plea... | Disney | 2,080KB | Audio |
| Tetreault@KaZaA | Disney - Mary Poppins - Step In Time.mp3 | Disney's Mary Poppins | 1,966KB | Audio |
| Tetreault@KaZaA | Disney - Lion King - Elton John - Can You Feel The Love Ton.. | Elton John | 2,813KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Disney - Lion King - Elton John - Can You Feel The Love Ton.. | Elton John | 2,813KB | Audio |
| Tetreault@KaZaA | Annie (Disney) - It's the Hard Knock Life.mp3 | Annie (Disney) | 2,200KB | Audio |
| Tetreault@KaZaA | Disney - Little Mermaid II - In Harmony.mp3 | By Harmony | 1,855KB | Audio |
| Tetreault@KaZaA | Movies - Disney - Tarzan - Phil Collins - You'll Be In My Hear... | Phil Collins | 3,026KB | Audio |
| Tetreault@KaZaA | Disney - Annie Soundtrack - 09 - Let's Go To The Movies.m... | Annie Soundtrack | 4,400KB | Audio |
| Tetreault@KaZaA | Disney - Fern Gully - Batty Rap.mp3 | Robin Williams | 2,688KB | Audio |
| Tetreault@KaZaA | Phil Collins _Nsync - Movies - Disney - Tarzan - Trashin' Th... | Phil Collins | 2,244KB | Audio |
| Tetreault@KaZaA | Disney - Winnie Pooh - Tigger Song.mp3 | Disney | 516KB | Audio |
| Tetreault@KaZaA | CHILDREN KIDS - 100 Kid Songs - Zip-a-dee-doo-dah.mp3 | 100 Songs For Kids | 2,166KB | Audio |
| Tetreault@KaZaA | Stevie Nicks _Kenny Logins - Whenever I Call You Friend.... | Stevie Nicks _Kenny Logi... | 3,697KB | Audio |
| Tetreault@KaZaA | Lullabies - Disney Babies Lullaby - Eeyore's Lullaby.mp3 | 100 Songs For Kids | 2,692KB | Audio |
| Tetreault@KaZaA | Walt Disney World - Epcot - Italy Pavilion - Rondo Venezia... | Rondo Veneziano | 3,578KB | Audio |
| Tetreault@KaZaA | Children Toddler Songs - Toddlers Sing - Peanut Butter and... | Toddlers Sing | 1,558KB | Audio |
| Tetreault@KaZaA | Kenny Logins _Jo Dee Messina - Your Mama Don't Dance.... | Kenny logins | 2,557KB | Audio |
| Tetreault@KaZaA | Further Seems Forever - A New Desert Life.mp3 | A.... | 8,327KB | Audio |
| Tetreault@KaZaA | Rent - 525,600 Minutes.mp3 | A+ | 2,689KB | Audio |
| Tetreault@KaZaA | Sandlot Soundtrack - The Drifters - There Goes My Baby.m... | A | 2,056KB | Audio |
| Tetreault@KaZaA | Sandlot - The Baseball Song.mp3 | A | 2,740KB | Audio |
| Tetreault@KaZaA | Ashanti feat. Lil' Sis Shi - Colors Of The Wind - simplemp3s_... | Ashanti featuring Lil' Sis Sh | 2,213KB | Audio |
| Tetreault@KaZaA | Disney - Aladin - A Whole New World - (Aladin _Jasmine).... | Disney | 2,512KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Disney - Aladin - A Whole New World - (Aladin _Jasmine).... | Disney | 2,512KB | Audio |
| Tetreault@KaZaA | Five for Fighting - 100 Years.mp3 | Five for Fighting | 3,881KB | Audio |
| Tetreault@KaZaA | Disney - Lion King - Broadway - Hakuna Matata.MP3 | Disney (Lion King | 2,162KB | Audio |
| Tetreault@KaZaA | Les Miserables - Can You Hear The People Sing.mp3 | A+ | 2,058KB | Audio |
| Tetreault@KaZaA | Disney Movies - The Rescuers - Someone's Waiting Fo... | Disney Movies | 2,240KB | Audio |
| Tetreault@KaZaA | Belinda Carlisle - Heaven is A Place On Earth.mp3 | A+ | 3,975KB | Audio |
| Tetreault@KaZaA | Country - Kenny Chesney - Keeper Of The Stars.mp3 | A | 3,373KB | Audio |
| Tetreault@KaZaA | The Get Up Kids - Worst Idea.mp3 | Get Up Kids | 3,197KB | Audio |
| Tetreault@KaZaA | movies - Disney - Mulan - A Girl Worth Fighting For.mp3 | Disney | 2,272KB | Audio |
| Tetreault@KaZaA | Carly Simon - Dream A Little Dream Of Me.mp3 | Carly Simon | 3,332KB | Audio |
| Tetreault@KaZaA | Carly Simon - Take Me Out To The Ballgame.mp3 | Carly Simon | 2,634KB | Audio |
| Tetreault@KaZaA | Ally McBeal Vonda Shepherd - Wherever You Are.MP3 | Ally McBeal Vonda Shephe.. | 3,788KB | Audio |
| Tetreault@KaZaA | 03 - Usher - You'll Be In My Heart - simplemp3s_.mp3 | Usher | 2,475KB | Audio |
| Tetreault@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,443KB | Audio |
| Tetreault@KaZaA | disney's hercules - A Star is Born.mp3 | Disney | 1,934KB | Audio |
| Tetreault@KaZaA | Punk Covers - Violent Femmes - I Wanna Be Sedated (Ram... | A | 2,174KB | Audio |
| Tetreault@KaZaA | Dance Club Remixes - house mix 2003.mp3 | a | 10,286KB | Audio |
| Tetreault@KaZaA | from autumn to ashes - too bad your beautiful - short stori... | A+ | 8,817KB | Audio |
| Tetreault@KaZaA | voices of theory - My Love Just Goes On And On And On.... | A | 2,836KB | Audio |
| 2 Users | Disney - Beauty and the Beast - Be Our Guest.mp3 | Disney | 3,456KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Disney - Beauty and the Beast - Be Our Guest.mp3 | Disney | 3,456KB | Audio |
| Tetreault@KaZaA | Disney's Lilo And Stitch - He Mele No Lilo.mp3 | Mark Keali'i Ho'omalu and ... | 2,317KB | Audio |
| Tetreault@KaZaA | Nick Cannon - jigalo.mp3 | Nick Cannon | 3,754KB | Audio |
| Tetreault@KaZaA | Lil Bow Wow - Puppy Love.mp3 | A | 3,277KB | Audio |
| Tetreault@KaZaA | Carly Simon - Jesse.mp3 | Carly Simon | 4,082KB | Audio |
| Tetreault@KaZaA | Jock Jams - Boom Boom Boom.mp3 | A | 2,906KB | Audio |
| Tetreault@KaZaA | Disney - Beauty and the Beast - Gaston.mp3 | Disney | 3,422KB | Audio |
| Tetreault@KaZaA | TECHNO-DJ Tiesto - Forbidden Paradise 6 - Valley of Fire - ... | A+ | 3,997KB | Audio |
| Tetreault@KaZaA | Nuetral Milk Hotel - Chocolate Coffin.mp3 | Neutral Milk Hotel | 3,329KB | Audio |
| Tetreault@KaZaA | Disney-Prince of Egypt-River lulliby.mp3 | Prince of Egypt | 3,710KB | Audio |
| Tetreault@KaZaA | Oh Yeah.mp3 | Foxy Brown | 3,974KB | Audio |
| Tetreault@KaZaA | 1976-The Foundations-Build Me Up Buttercup-[Original Oldi... | The Foundations | 2,081KB | Audio |
| Tetreault@KaZaA | Oldies - Temptations - Build Me Up Buttercup (1) (1).mp3 | Clay Aiken | 1,890KB | Audio |
| Tetreault@KaZaA | Christina Agulira - Beautiful.mp3 | Christina Aguilera | 3,730KB | Audio |
| Tetreault@KaZaA | Eric Clapton - Lady in Red.mp3 | Eric Clapton | 2,720KB | Audio |
| Tetreault@KaZaA | Christina Milian - Get Away.mp3 | Christina Milian Feat. Ja ... | 3,980KB | Audio |
| Tetreault@KaZaA | Christina Agulira - Loving Me For Me.mp3 | Christina Aguilera | 4,326KB | Audio |
| Tetreault@KaZaA | Little Richard - Devil With a Blue Dress On.mp3 | Little Richard | 2,912KB | Audio |
| Tetreault@KaZaA | Christina_Aguilera_-_Dirrty.mp3 | christina agulira | 3,827KB | Audio |
| Tetreault@KaZaA | Methodman feat Toni Braxton - How high (Remix).mp3 | method_man_and_redman | 3,801KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Methodman feat Toni Braxton - How high (Remix).mp3 | method_man_and_redman | 3,801KB | Audio |
| Tetreault@KaZaA | James Taylor - Brown Eyed Girl.mp3 | James Taylor | 1,256KB | Audio |
| Tetreault@KaZaA | Kelly%20Clarkson%20%2D%20Star%20Spangled%20Ba... | American Idol | 859KB | Audio |
| Tetreault@KaZaA | David Grisman_Doc Watson - Bluegrass Stomp.mp3 | Doc Watson_David Gris... | 4,633KB | Audio |
| Tetreault@KaZaA | Kelly Clarkson - A Moment Like This.mp3 | Kelly Clarkson | 3,548KB | Audio |
| Tetreault@KaZaA | 11.mp3 | Cypress Hill | 6,272KB | Audio |
| Tetreault@KaZaA | Oldies- Jackson Browne - Brown Eyed Girl.mp3 | Oldies | 2,620KB | Audio |
| Tetreault@KaZaA | Counting Crows - Mr. Jones.mp3 | Counting Crows | 4,202KB | Audio |
| Tetreault@KaZaA | Van Morrison With The BBC Orchestra - Live At The Edinbu... | Van Morrison with the BBC.. | 3,069KB | Audio |
| Tetreault@KaZaA | Kid Rock and Sheryl Crow - Pictures.mp3 | Kid Rock and Sheryl Crow | 4,670KB | Audio |
| Tetreault@KaZaA | Luther Vandros - Hear and N.mp3 | Luther Vandross | 5,052KB | Audio |
| Tetreault@KaZaA | Roberta Flack feat James Ingram - The Closer I Get To You.. | James Ingram Roberta Fl... | 1,081KB | Audio |
| Tetreault@KaZaA | Mild, Betty - My Hero -rvc.mp3 | Bette Midler | 2,300KB | Audio |
| Tetreault@KaZaA | track16 (1).mp3 | Sheek Louch | 2,842KB | Audio |
| Tetreault@KaZaA | Van Morrison - Royal Tennenbaums - 09-Everyone.mp3 | Van Morrison | 3,299KB | Audio |
| Tetreault@KaZaA | Louis Armstrong - What A Wonderfull World.mp3 | Louis Armstrong | 1,888KB | Audio |
| Tetreault@KaZaA | Disney Songs - A Dream is a Wish Your Heart Makes.mp3 | Disney | 3,525KB | Audio |
| Tetreault@KaZaA | James Ingram_John Tesh - Wedding Song.mp3 | Brian Adams | 3,340KB | Audio |
| Tetreault@KaZaA | Oldies - Nat King Cole - When You Wish Upon A Star.mp3 | Nat King Cole | 3,008KB | Audio |
| Tetreault@KaZaA | Bette Midler - You are My Hero.mp3 | Bette Midler | 4,591KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Bette Midler - You are My Hero.mp3 | Bette Midler | 4,591KB | Audio |
| Tetreault@KaZaA | Quincy Jones _James Ingram - Just Once.mp3 | James Ingram | 2,132KB | Audio |
| Tetreault@KaZaA | 07.) Stay Together For The Kids.mp3 | Blink 182 | 3,741KB | Audio |
| Tetreault@KaZaA | Jimmy Buffet - Cheesburger In Paradise.mp3 | Jimmy Buffet | 2,357KB | Audio |
| Tetreault@KaZaA | Stevie Nicks _Sheryl Crow - Gold Dust Woman.mp3 | Stevie Nicks _Sheryl Crow | 4,006KB | Audio |
| Tetreault@KaZaA | Disney's Epcot Center - Illuminations 2000 (Reflections of ... | A+ | 8,937KB | Audio |
| Tetreault@KaZaA | Kelly Clarkson - Think Twice.mp3 | Kelly Clarkson | 2,503KB | Audio |
| Tetreault@KaZaA | Kelly Clarkson- Miss Independent.mp3 | Kelly Clarkson | 1,340KB | Audio |
| Tetreault@KaZaA | James Ingram - When was the last time music made you cr... | James Ingram | 4,676KB | Audio |
| Tetreault@KaZaA | Blind Melon - No Rain.mp3 | Blind Melon | 3,426KB | Audio |
| Tetreault@KaZaA | Van Morrison With The BBC Orchestra - Live At The Edinbu... | Van Morrison with the BBC.. | 4,080KB | Audio |
| Tetreault@KaZaA | luther vandross - Can I Take You Out Tonight (1).mp3 | Luther Vandross | 2,677KB | Audio |
| Tetreault@KaZaA | lean on me-kirk franklin (1).mp3 | r. kelly, mary j. blige, etc, | 4,727KB | Audio |
| Tetreault@KaZaA | Kelly Clarkson - Without You.mp3 | Kelly Clarkson | 2,301KB | Audio |
| Tetreault@KaZaA | Louis Armstrong - You Are So Beautiful.mp3 | Louis Armstrong | 2,201KB | Audio |
| Tetreault@KaZaA | foxy brown - 07 - candy feat kelis (1) (1).mp3 | Foxy Brown | 3,494KB | Audio |
| Tetreault@KaZaA | Sheryl Crow - All I Wanna Do.mp3 | Sheryl Crow | 4,235KB | Audio |
| Tetreault@KaZaA | Eric Clapton, Carlos Santana, _Jimi Hendrix - After Midnig... | Clapton, Santana, _Hen... | 3,078KB | Audio |
| Tetreault@KaZaA | Foxy Brown - i taste just like candy.mp3 | Foxy Brown | 3,494KB | Audio |
| Tetreault@KaZaA | Louis Armstrong and Ella Fitzgerald - Dream A Little Dream... | louis armstrong _ella fitz... | 2,946KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Louis Armstrong and Ella Fitzgerald - Dream A Little Dream... | louis armstrong _ella fitz... | 2,946KB | Audio |
| Tetreault@KaZaA | Social Distortion - Ball and Chain.mp3 | Social Distortion | 5,375KB | Audio |
| Tetreault@KaZaA | JayZ-and-Foxy-Brown_-_SunSh.mp3 | Jay-Z feat Foxy browm | 3,930KB | Audio |
| Tetreault@KaZaA | Girlfriend remix with nelly.mp3 | Justin Timberlake | 4,438KB | Audio |
| Tetreault@KaZaA | [Film - Hocus Pocus] - Bette Midler, Kath Najymi and Sarah ... | Bette Midler | 1,898KB | Audio |
| Tetreault@KaZaA | Jimmy Buffet - Come Monday.mp3 | Jimmy Buffet | 2,959KB | Audio |
| Tetreault@KaZaA | Ja Rule - RAINY DAYS!!!!!!!!!!!.mp3 | Mary J Blige ft. Ja Rule | 4,320KB | Audio |
| Tetreault@KaZaA | blind melon - sleepyhouse.mp3 | Blind Melon | 4,209KB | Audio |
| Tetreault@KaZaA | 17-fabolous-my_life_ft_mary_j_blige-wcr.mp3 | Fabolous | 6,206KB | Audio |
| Tetreault@KaZaA | fighter christina agulira.mp3 | Christina Aguilera | 962KB | Audio |
| Tetreault@KaZaA | Red Hot Chili Peppers - Foxy Lady (rare) (Jimi Hendrix Cov... | A | 3,459KB | Audio |
| Tetreault@KaZaA | christina, pink, mya, lil kim- lady marmolade.mp3 | Pink, Christina, Mya, Lil K... | 3,960KB | Audio |
| Tetreault@KaZaA | Faith Hill - Somewhere Over The Rainbow - Wizard of Oz.m... | Faith Hill | 3,064KB | Audio |
| Tetreault@KaZaA | Cypres Hill's Rap Supersta(edited).mp3 | Cypress Hill | 3,813KB | Audio |
| Tetreault@KaZaA | Method Man - M.E.T.H.O.D. M.A.N..mp3 | Wu-Tang | 3,899KB | Audio |
| Tetreault@KaZaA | Counting_Crows_-_Hanglnaround.mp3 | Counting Crows | 5,828KB | Audio |
| Tetreault@KaZaA | Judy Garland - Somewhere Over The Rainbow.mp3 | Judy Garland | 3,712KB | Audio |
| Tetreault@KaZaA | American Idol - 2002-07-16 - Kelly Clarkson - You're All I N... | Kelly Clarkson | 1,618KB | Audio |
| Tetreault@KaZaA | 10-foxy_brown-spit-wcr.mp3 | Foxy Brown | 3,490KB | Audio |
| Tetreault@KaZaA | Craig David f_ Left Eye_Nelly)-I Don't Love You (remix).... | Daniel Beddingfield | 3,018KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Craig David f_ Left Eye _Nelly)-I Don't Love You (remix).... | Daniel Beddingfield | 3,018KB | Audio |
| Tetreault@KaZaA | hiphop2 Foxy Brown feat.Eightball MJG Juvenille and Too ... | Eightball | 2,578KB | Audio |
| Tetreault@KaZaA | American Idol - Kelly Clarkson - To Make you Feel my Love... | Kelly Clarkson | 3,871KB | Audio |
| Tetreault@KaZaA | Dixie Chicks - Landslide (Sheryl Crow Remix).mp3 | Dixie Chicks | 3,567KB | Audio |
| Tetreault@KaZaA | Kelly Clarkson - Natural Woman.mp3 | Kelly Clarkson | 1,491KB | Audio |
| Tetreault@KaZaA | Luther Vandros _Celine Dion - When I Fall In Love.mp3 | Celine Dion | 2,255KB | Audio |
| Tetreault@KaZaA | Cry-02_FAITH HILL-complete.mp3 | Faith Hill | 3,727KB | Audio |
| Tetreault@KaZaA | KNoxs song.mp3 | Method Man | 5,862KB | Audio |
| Tetreault@KaZaA | (Billy Joel)-Uptown Girl.mp3 | Billy Joel | 2,667KB | Audio |
| Tetreault@KaZaA | Billy Joel - Live album - New York State (live with Garth Bro... | Billy Joel and Garth Brooks | 6,472KB | Audio |
| Tetreault@KaZaA | Billy Joel - Walking in Memphis.mp3 | Dave Mathews Band | 4,537KB | Audio |
| Tetreault@KaZaA | Five for Fighting - 100 Years (1).mp3 | Five for Fighting | 3,881KB | Audio |
| Tetreault@KaZaA | Sting, Billy Joel, _Eric Clapton - Shape of my Heart.mp3 | Sting, Billy Joel, _Eric Cla... | 3,814KB | Audio |
| Tetreault@KaZaA | Eric Clapton - My Fathers Eyes.mp3 | Eric Clapton | 5,080KB | Audio |
| Tetreault@KaZaA | Eric Clapton - Tears In Heaven.mp3 | Eric Clapton | 4,314KB | Audio |
| Tetreault@KaZaA | Christina Agulira - I Turn To You.MP3 | Christina Aguilera | 4,291KB | Audio |
| Tetreault@KaZaA | Eric Clapton - Mustang Sally.mp3 | A | 3,742KB | Audio |
| Tetreault@KaZaA | (09) Ashanti - Baby.mp3 | Ashanti | 2,076KB | Audio |
| Tetreault@KaZaA | love songs - endless love.mp3 | Diana Ross _Lionel Richie | 3,562KB | Audio |
| Tetreault@KaZaA | Disney - 100 Kids Songs - Apples And Bananas.mp3 | Raffi | 1,566KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,939,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Disney - 100 Kids Songs - Apples And Bananas.mp3 | Raffi | 1,566KB | Audio |
| Tetreault@KaZaA | Walt Disney - Colors Of The Wind (Pocohontas).mp3 | Disney Movies | 4,063KB | Audio |
| Tetreault@KaZaA | FaBuLoUs Ft LiL mO-cAnT LeT u Go.mp3 | Fabolous feat. Lil Mo | 3,552KB | Audio |
| Tetreault@KaZaA | Nina Simone _ Carly Simon - I'm a Fool to Want You.mp3 | Nina Simone _Carly Simon | 2,492KB | Audio |
| Tetreault@KaZaA | Mary J. Blige feat. Biggie - Real Love Remix.mp3 | Mary J.Blige feat. Biggie | 4,642KB | Audio |
| Tetreault@KaZaA | WALT DISNEY WORLD-EPCOT ENTRANCE MEDLEY.mp3 | Epcot Music | 3,118KB | Audio |
| Tetreault@KaZaA | Foxy Brown (Broken Silence) - 07 - Candy (ft Kelis).mp3 | Foxy Brown | 3,494KB | Audio |
| Tetreault@KaZaA | Billie Holliday and Louis Armstrong - My Funny Valentine.m... | Matt Damon | 3,019KB | Audio |
| Tetreault@KaZaA | Nikki McKibbin - Black Velvet.mp3 | Nikki McKibbin | 2,520KB | Audio |
| Tetreault@KaZaA | American Idol II - Corey Clark - .mp3 | American Idol | 1,317KB | Audio |
| Tetreault@KaZaA | American Idol Top 10 - God Bless the USA.mp3 | American Idol | 1,661KB | Audio |
| Tetreault@KaZaA | Clay Aiken - Tell Her About It (04-15-03).mp3 | Clay Aiken | 1,912KB | Audio |
| Tetreault@KaZaA | Ruben Studdard - Ribbon In The Sky.mp3 | Ruben Studdard | 1,069KB | Audio |
| Tetreault@KaZaA | -g- Louis Armstrong -Zip-A-Dee-Doo-Dah.mp3 | Armstrong, Louis | 2,230KB | Audio |
| Tetreault@KaZaA | Blind Melon - Walk.mp3 | Blind Melon | 2,616KB | Audio |
| Tetreault@KaZaA | Temptations - Lean on Me.mp3 | Temptations | 3,550KB | Audio |
| Tetreault@KaZaA | Sheryl Crow - My Favorite Mistake.mp3 | Sheryl Crow | 3,868KB | Audio |
| Tetreault@KaZaA | Bette Midler - From A Distance.mp3 | Bette Midler | 4,350KB | Audio |
| Tetreault@KaZaA | Stomp - Introduction.mp3 | Stomp | 3,289KB | Audio |
| Tetreault@KaZaA | Instrumentals-- Method Man, LL Cool J, B Real, Coolio, Bu... | Gymnastics Floor Music | 2,438KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Instrumentals-- Method Man, LL Cool J, B Real, Coolio _Bu... | Gymnastics Floor Music | 2,438KB | Audio |
| Tetreault@KaZaA | Color of the Wind.mp3 | Ashanti | 2,213KB | Audio |
| Tetreault@KaZaA | bear ness.mp3 | Louis Armstrong | 2,291KB | Audio |
| Tetreault@KaZaA | James Ingram Anita Baker-When You Love Someone.mp3 | Wedding Songs | 3,423KB | Audio |
| Tetreault@KaZaA | me first and the gimmie gimmies - Build Me Up Buttercup (1).. | Oldies 50's _60's 08 | 2,081KB | Audio |
| Tetreault@KaZaA | James Ingram - I Don't Have The Heart.mp3 | James Ingram | 3,964KB | Audio |
| Tetreault@KaZaA | Cypress Hill - Tequila Sunrise.mp3 | Cypress Hill | 4,430KB | Audio |
| Tetreault@KaZaA | David BEDINGFIELD - IF YOU ARE NOT THE ONE.mp3 | Daniel Beddingfield | 3,049KB | Audio |
| Tetreault@KaZaA | Counting Crows - A long december (acoustic).mp3 | Counting Crows | 5,724KB | Audio |
| Tetreault@KaZaA | Grover Washington Jr Ft Bill Withers -.MP3 | Quincy Jones _James In... | 3,938KB | Audio |
| Tetreault@KaZaA | Rolling Stones - Brown Eyed Girl.mp3 | Van Morrison | 2,865KB | Audio |
| Tetreault@KaZaA | billy joel - piano man.mp3 | Billy Joel | 4,606KB | Audio |
| Tetreault@KaZaA | marvin gaye - you are everything.mp3 | Marvin Gaye _ Diana Ross | 2,917KB | Audio |
| Tetreault@KaZaA | Childrens Barney - Do Your Ears Hang Low.mp3 | 100 Songs For Kids | 1,151KB | Audio |
| Tetreault@KaZaA | Nas, Method Man, DMX - Belly.mp3 | Nas, Method Man, DMX | 3,328KB | Audio |
| Tetreault@KaZaA | David Bettingfield - I Gotta Get Through This.mp3 | Daniel Beddingfield | 4,935KB | Audio |
| Tetreault@KaZaA | Foxy Brown _Dru Hill - Bad Mamma Jamma.mp3 | Foxy Brown _Dru Hill | 3,636KB | Audio |
| Tetreault@KaZaA | Louis Armstrong - When You Wish Upon A Star.mp3 | Louis Armstrong | 4,148KB | Audio |
| Tetreault@KaZaA | Jack Johnson - Horizon's Been Defeated (no radio).mp3 | Jack Johnson | 3,826KB | Audio |
| 2 Users | Foo Fighters - One By One - 04 - Times Like These (1).mp3 | Foo Fighters | 3,916KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,939,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Foo Fighters - One By One - 04 - Times Like These (1).mp3 | Foo Fighters | 3,916KB | Audio |
| Tetreault@KaZaA | Album-MissIndependent.mp3 | Kelly Clarkson | 6,986KB | Audio |
| Tetreault@KaZaA | 02-Miss Independant.mp3 | Kelly Clarkson | 5,035KB | Audio |
| Tetreault@KaZaA | Cold - Stupid Girl.mp3 | Cold | 2,968KB | Audio |
| Tetreault@KaZaA | Jack Johnson - Flake.mp3 | Jack Johnson | 2,486KB | Audio |
| Tetreault@KaZaA | Jack Johnson - BubbleToes.mp3 | Jack Johnson | 3,701KB | Audio |
| Tetreault@KaZaA | Craig Morgan - Almost Home.mp3 | Craig Morgan | 6,844KB | Audio |
| Tetreault@KaZaA | Jack Johnson - 05 - Flake.mp3 | Jack Johnson | 4,387KB | Audio |
| Tetreault@KaZaA | NYC Underground Party Volume 4 Medley.MP3 | Louie Devito | 1,577KB | Audio |
| Tetreault@KaZaA | Jack Johnson - Brushfire Fairytales - 02 - Middle Man.mp3 | Jack Johnson | 2,439KB | Audio |
| Tetreault@KaZaA | Janes Addiction - Hypersonic - 06 - Just Because.mp3 | Jane's Addiction | 3,716KB | Audio |
| Tetreault@KaZaA | Audioslave - Audioslave - 02 - Show Me How To Live.mp3 | Audioslave | 3,320KB | Audio |
| Tetreault@KaZaA | Smile Empty Soul - Bottom of a Bottle (1).mp3 | Smile Empty Soul | 3,421KB | Audio |
| Tetreault@KaZaA | Smile Empty Soul - Bottom of a Bottle.mp3 | Smile Empty Soul | 5,130KB | Audio |
| Tetreault@KaZaA | the rocket summer - so far away.mp3 | Staind | 5,747KB | Audio |
| Tetreault@KaZaA | Smile Empty Soul - Bottom of the Bottle.mp3 | Smile Empty Soul | 1,492KB | Audio |
| Tetreault@KaZaA | AUDIOSLAVE-show_me_how_to_live-.mp3 | Audioslave | 4,378KB | Audio |
| Tetreault@KaZaA | Linkin_Park_-_Meteora_-_07_-_Faint_-_Abyss.mp3 | Linkin Park | 3,801KB | Audio |
| Tetreault@KaZaA | Linkin_Park_-_Meteora_-_07_-_Faint_-_Abyss (1).mp3 | Linkin Park | 3,801KB | Audio |
| Tetreault@KaZaA | 14-the_ataris-saddest_song_(acoustic)-ph.mp3 | The Ataris | 5,768KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | 14-the_ataris-saddest_song_(acoustic)-ph.mp3 | The Ataris | 5,768KB | Audio |
| Tetreault@KaZaA | Simple Plan - Addicted.mp3 | Simple Plan | 3,629KB | Audio |
| Tetreault@KaZaA | Foo Fighters - Times Like These (1).mp3 | Foo Fighters | 6,287KB | Audio |
| Tetreault@KaZaA | Tonic - The Way She Loves Me (Acoustic).mp3 | Tonic | 3,992KB | Audio |
| Tetreault@KaZaA | Counting Crows-Rain king.mp3 | Counting Crows | 4,000KB | Audio |
| Tetreault@KaZaA | Foo Fighters - One By One - 04 - Times Like These (2).mp3 | Foo Fighters | 4,012KB | Audio |
| Tetreault@KaZaA | Counting Crows - American Girls (radio edit).mp3 | Counting Crows | 3,537KB | Audio |
| Tetreault@KaZaA | Goo Goo Dolls - Slide.mp3 | Goo Goo Dolls | 3,315KB | Audio |
| Tetreault@KaZaA | Couting Crows - Around Here.mp3 | Counting Crows | 5,191KB | Audio |
| Tetreault@KaZaA | Foo Fighters - My Hero (Acoustic on Howard Stern).mp3 | Foo Fighters | 3,838KB | Audio |
| Tetreault@KaZaA | Bruce Springstein - Walking In Memphis.mp3 | Bruce Springsteen | 4,040KB | Audio |
| Tetreault@KaZaA | sexe intention- Colorblind.mp3 | Counting Crows | 2,408KB | Audio |
| Tetreault@KaZaA | FFtltacoustic (1).mp3 | Foo Fighters | 5,572KB | Audio |
| Tetreault@KaZaA | Linkin Park - 07 - Faint.mp3 | Linkin Park | 2,882KB | Audio |
| Tetreault@KaZaA | Foo Fighters - Times like these (Acoustic Live lounge).mp3 | Foo Fighters | 3,179KB | Audio |
| Tetreault@KaZaA | New Found Glory - Story So Far (Acoustic).wav | New Found Glory | 3,229KB | Audio |
| Tetreault@KaZaA | Oscar G_Ralph Falcon - Dark Beat (Addicted to drums) (1)... | Dark Beat | 3,158KB | Audio |
| Tetreault@KaZaA | matts cd | Simple Plan | 3,629KB | |
| Tetreault@KaZaA | Mark Cohn - Walking in Memphis (Acoustic).mp3 | Mark Cohn | 4,310KB | Audio |
| Tetreault@KaZaA | counting crows - around here.mp3 | Counting Crows | 4,861KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | counting crows - around here.mp3 | Counting Crows | 4,861KB | Audio |
| Tetreault@KaZaA | D-Devils - 6th gate (dance with the devil) (1).mp3 | D-Devil | 6,666KB | Audio |
| Tetreault@KaZaA | Jane's Addiction Just Because.mp3 | Jane's Addiction | 5,069KB | Audio |
| Tetreault@KaZaA | Foo Fighters - Everlong (acoustic).mp3 | Foo Fighters | 4,161KB | Audio |
| Tetreault@KaZaA | Stone Temple Pilots - Time to take her home3.mp3 | Stone Temple Pilots | 4,596KB | Audio |
| Tetreault@KaZaA | audioslave (02) show me how to live.mp3 | AudioSlave | 4,672KB | Audio |
| Tetreault@KaZaA | Bob Marley - Dont Worry Be Happy.mp3 | Bob Marley | 3,941KB | Audio |
| Tetreault@KaZaA | mexican riddim-Shaggy-sexyLady.mp3 | Kevin Little | 3,550KB | Audio |
| Tetreault@KaZaA | Shaggy - Hey Sexy Lady (4).mp3 | Shaggy | 4,791KB | Audio |
| Tetreault@KaZaA | Five for Fighting - 100 Years (2).mp3 | Five for Fighting | 3,881KB | Audio |
| Tetreault@KaZaA | Sean Paul (featuring Shaggy) - Sexy Lady [Remix].mp3 | Shaggy ft. Sean Paul | 3,656KB | Audio |
| Tetreault@KaZaA | The Early November - Ever So Sweet.mp3 | The Early November | 3,995KB | Audio |
| Tetreault@KaZaA | sean paul - diwali riddim.MP3 | Sean Paul | 1,475KB | Audio |
| Tetreault@KaZaA | brush ya shoulders.mp3 | Jay Z | 3,834KB | Audio |
| 2 Users | Cassidy Feat1. R Kelly - Hotel(1).mp3 | Cassidy Feat. R Kelly | 4,675KB | Audio |
| Tetreault@KaZaA | jj.mp3 | William Hung | 1,834KB | Audio |
| Tetreault@KaZaA | staceys mom.MP3 | Fountains Of Wayne | 1,347KB | Audio |
| Tetreault@KaZaA | Jay-Z - Dust Your Shoulders Off.mp3 | Jay-Z | 2,881KB | Audio |
| Tetreault@KaZaA | Anthem of Our Dying Day.mp3 | Story of the Year | 3,405KB | Audio |
| Tetreault@KaZaA | Shake Ya Tailfeather.mp3 | Nelly, P. Diddy, Murphy L... | 2,086KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Tetreault@KaZaA | Shake Ya Tailfeather.mp3 | Nelly, P. Diddy, Murphy L... | 2,086KB | Audio |
| Tetreault@KaZaA | william_hung-she_bangs.mp3 | William Hung | 1,016KB | Audio |
| Tetreault@KaZaA | I don't want to know.wma | P. Diddy/Mario Winans | 2,813KB | Audio |
| Tetreault@KaZaA | I Miss You.wma | A | 5,882KB | Audio |
| Tetreault@KaZaA | Keep Your Receipt.wma | A | 1,310KB | Audio |
| Tetreault@KaZaA | Moment like this - Studio Version.wma | Kelly Clarkson | 4,404KB | Audio |
| Tetreault@KaZaA | Politricks.wma | A | 3,415KB | Audio |
| 2 Users | Copy of Mr Vegas - Pull Up (1).mp3 | Mr Vegas | 3,487KB | Audio |
| 2 Users | Copy of Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| Tetreault@KaZaA | Copy of Trapt - Echo.mp3 | Trapt | 2,960KB | Audio |
| Tetreault@KaZaA | Shake Your Tailfeathers.mp3 | Nelly feat. P Diddy | 2,504KB | Audio |
| Tetreault@KaZaA | (02) Jessica Simpson - With You.wma | Jessica Simpson | 1,900KB | Audio |
| Tetreault@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,889KB | Audio |
| Tetreault@KaZaA | disco - Cotton Eye Joe.mp3 | Disco | 2,731KB | Audio |
| Tetreault@KaZaA | Nelly-P[1]. Diddy-Murphy Lee - Shake Ya Tail Feather.mp3 | Nelly/P. Diddy/Murphy Lee | 4,556KB | Audio |
| Tetreault@KaZaA | Fountains of Wayne - Stacy's Mom.MP3 | The WannaBes | 7,767KB | Audio |
| Tetreault@KaZaA | outkast (andre 3000) - hey ya (real).mp3 | Outkast | 5,864KB | Audio |
| Tetreault@KaZaA | 100 years.mp3 | Five For Fighting | 5,626KB | Audio |
| Tetreault@KaZaA | Five for Fighting - 100 years (1) (1).mp3 | Five for Fighting | 5,626KB | Audio |
| Tetreault@KaZaA | 11.cd1.mp3 | DJ Casper | 2,111KB | Audio |

Found 462 files | 1,626,604 users online, sharing 423,933,822 files (35,0 | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
| --- | --- | --- | --- | --- |
| Tetreault@KaZaA | william_hung-she_bangs.mp3 | William Hung | 1,016KB | Audio |
| Tetreault@KaZaA | I don't want to know.wma | P. Diddy/Mario Winans | 2,813KB | Audio |
| Tetreault@KaZaA | I Miss You.wma | A | 5,882KB | Audio |
| Tetreault@KaZaA | Keep Your Receipt.wma | A | 1,310KB | Audio |
| Tetreault@KaZaA | Moment like this - Studio Version.wma | Kelly Clarkson | 4,404KB | Audio |
| Tetreault@KaZaA | Politricks.wma | A | 3,415KB | Audio |
| 2 Users | Copy of Mr. Vegas - Pull Up (1).mp3 | Mr Vegas | 3,487KB | Audio |
| 2 Users | Copy of Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| Tetreault@KaZaA | Copy of Trapt - Echo.mp3 | Trapt | 2,960KB | Audio |
| Tetreault@KaZaA | Shake Your Tailfeathers.mp3 | Nelly feat. P Diddy | 2,504KB | Audio |
| Tetreault@KaZaA | (02) Jessica Simpson - With You.wma | Jessica Simpson | 1,900KB | Audio |
| Tetreault@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,889KB | Audio |
| Tetreault@KaZaA | disco - Cotton Eye Joe.mp3 | Disco | 2,731KB | Audio |
| Tetreault@KaZaA | Nelly-P[1]. Diddy-Murphy Lee - Shake Ya Tail Feather.mp3 | Nelly/P. Diddy/Murphy Lee | 4,556KB | Audio |
| Tetreault@KaZaA | Fountains of Wayne - Stacy's Mom.MP3 | The WannaBes | 7,767KB | Audio |
| Tetreault@KaZaA | outkast (andre 3000) - hey ya (real).mp3 | Outkast | 5,864KB | Audio |
| Tetreault@KaZaA | 100 years.mp3 | Five For Fighting | 5,626KB | Audio |
| Tetreault@KaZaA | Five for Fighting - 100 years (1) (1).mp3 | Five for Fighting | 5,626KB | Audio |
| Tetreault@KaZaA | 11.cd1.mp3 | DJ Casper | 2,111KB | Audio |
| Tetreault@KaZaA | Casper-Cha Cha Slide [Part 3].mp3 | Casper | 2,020KB | Audio |

Found 482 files | 1,626,604 users online, sharing 423,939,822 files (35,0 | Not sharing any files