AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,**

V.

**ROBERT TETREAULT**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06-238T

TO:

**ROBERT TETREAULT**
**11 Greenwood Ln**
**Lincoln, RI 02865-4725**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK — Susan Baldwell

DATE 6/28/06

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7/20/06 |
|---|---|
| NAME OF SERVER Katherine Moniz | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jeanne Tetreault

☐ Returned unexecuted ______

☐ Other (specify) ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 70 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/20/06
Date

[signature]
*Signature of Server*

45 Charlotte St Fall River MA
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UMG RECORDINGS, INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**ROBERT TETREAULT**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 238T**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of July, 2006, at 4:50 PM**, at the address of **11 GREENWOOD Lane , LINCOLN**, County, **RI 02865**; this declarant served the above described documents upon **ROBERT TETREAULT,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jeanne Tetreault, Wife, White, Female, 46yrs, 5'5", 165lbs, Blond Hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

DATED this **20th day of July, 2006**.

**Katherine Moniz**

ABC's Client Name
**Holme, Roberts & Owen LLP**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3859391**