**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | |
| Plaintiffs, | Civil No. CA 06-238T |
| v. | Judge Ernest Torres |
| ROBERT TETREAULT, | |
| Defendant. | |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

Judgment Creditors, UMG RECORDINGS, INC.; and BMG MUSIC and Judgment Debtor, ROBERT TETREAULT stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

The Stipulated Judgment includes a monetary payment.

Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

Respectfully Submitted,

Dated: 1/17/07

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for UMG RECORDINGS, INC.; and BMG MUSIC